UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Shenandoah Lee Webb                                    Docket No. 7:08-CR-102-1FL

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Shenandoah Lee Webb, who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(1) and 924, Possession of Firearms by a Convicted Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on September 9, 2009, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shenandoah Lee Webb was released from custody on February 4, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Based on recent policy changes, it is recommended that the court strike the condition that the defendant abide by the rules and regulations of the Eastern District of North Carolina Sex Offender Program and in lieu thereof, impose the below specified condition, which has been individualized to meet specific needs of the defendant.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mindy L. Threlkeld |
| Robert K. Britt | Mindy L. Threlkeld |
| Senior U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: February 29, 2016 |

**Shenandoah Lee Webb**
**Docket No. 7:08-CR-102-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __1st__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge